UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE LEE HURSE,

    Plaintiff

v.

CURTIS SMITH,
DONALD MONTGOMERY,
KRYSTAL DAVIS,
DAWN SMITH,
KIM HAYGOOD and
VENITA SMITH,

    Defendants.
_____/

Case No. 2:17-cv-12657
District Judge Avern Cohn
Magistrate Judge Anthony P. Patti

### REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S COMPLAINT (DE 1), PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DE 17) and PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (DE 25)

    Plaintiff filed this lawsuit on August 14, 2017.  (DE 1.)  He is proceeding on his own behalf, and the Court has granted him leave to proceed *in forma pauperis*.  (DEs 2, 7.)  Currently pending before the Court are Plaintiff's December 20, 2017 motion for summary judgment (DE 17) and Plaintiff's February 15, 2018 motion for leave to file an amended complaint (DE 25).  However, the Court has recently been advised that Plaintiff no longer wishes to proceed with this case.  (*See* Minute Entry of April 9, 2018.)  This is consistent with certain statements made by Plaintiff at the March 27, 2018 hearing.  (DE 31 at 26-27, 29.)

Normally, an order of voluntary dismissal under Fed. R. Civ. P. 41(a)(2) may be entered by a magistrate judge without the necessity of a report and recommendation; however, in an abundance of caution under the circumstances, I am recommending that the assigned district judge enter an order of voluntary dismissal under Fed. R. Civ. P. 41(a)(2) and dismiss Plaintiff's complaint (DE 1) without prejudice. If the Court agrees with this recommendation, then it need not separately address on the merits either Plaintiff's pending motion for summary judgment (DE 17) or Plaintiff's pending motion for leave to file an amended complaint (DE 25).

Plaintiff is hereby advised of his right to file a written objection within 14 days of being served with a copy of this report and recommendation if he believes it to be in error. Fed. R. Civ. P. 72(b)(2).

Dated: April 9, 2018                                  s/Anthony P. Patti
                                                      Anthony P. Patti
                                                      UNITED STATES MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on April 9, 2018, electronically and/or by U.S. Mail.

                                                      s/Michael Williams
                                                      Case Manager for the
                                                      Honorable Anthony P. Patti