UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE LEE HURSE,

      Plaintiff,

vs.                                            Case No. 17-12657

CURTIS SMITH, DONALD                HON. AVERN COHN
MONTGOMERY, KRYSTAL
DAVIS, DAWN SMITH,
KIM HAYGOOD, and VENITA
SMITH,

      Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 32)
## AND
## DISMISSING CASE WITHOUT PREJUDICE

      This is a civil rights case.  Plaintiff is proceeding pro se and in forma pauperis.  The matter was referred to a magistrate judge for pretrial proceedings.  See Doc. 20.

      On April 9, 2018, the magistrate judge issued a report and recommendation (MJRR), recommending that the case be dismissed without prejudice because indicated he longer wishes to pursue the case.  (Doc. 32).  Neither party has objected to the MJRR and the time for objections has passed.

      Accordingly, the MJRR is ADOPTED by the Court.  This case is dismissed without prejudice.  See Fed. R. Civ. P. 41(a)(2).

      SO ORDERED.

                                     S/Avern Cohn_____
                                      AVERN COHN
                                      UNITED STATES DISTRICT JUDGE

Dated: 5/8/2018